EeaesoN, C. J.
 

 We are of opinion that the-circular, from the war department,, dated October 20, 1861, by which substitutes were allowed to be received .after the companies were formed and actually in service,, applies, by a liberal construe
 
 *78
 
 tion, to tbe companiespvhile in the act of being formed or organized, or recruited, without the necessity of the details, which were made material by the fact that when the party was in service, and wished to put in a substitute, many circumstances had to be attended to, in order to prevent confusion — as the back pay or indebtedness of the principal and ' mode of getting home, and then to allow too many at a time, might disorganize the company; but when the companies were in the act of being organised, no considerations of that nature were presented, and the purpose was fully answered, by putting in an able bodied man for the war, and if proof can be made that these essentials were complied with, the object is fully answered when the substitute 'went into the service, and is still there, or has been killed, or disabled.
 

 PER CubxaM, Petitioner discharged.